
FILED

MAR 10 2014

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TIMOTHY JON MEYER,<br><br>Plaintiff,<br><br>vs.<br><br>MISSOULA COUNTY DETENTION FACILITY, D.R.T. TEAM, STAFF,<br><br>Defendants. | CV 14-0024-M-DLC-JCL<br><br>ORDER |

Plaintiff Timothy Meyer, filed a Complaint alleging mistreatment while he was incarcerated in the Missoula County Detention Facility. Meyer did not pay the filing fee or submit a motion to proceed in forma pauperis with the filing. On January 14, 2014, the Clerk of Court's Office wrote a letter to Meyer informing him that he needed to either pay the filing fee or submit a motion to proceed in forma pauperis. Meyer filed nothing in response to the Clerk's letter.

On February 5, 2014, an Order was issued giving Meyer until February 28, 2014 to pay the statutory filing fee of $400.00 or submit a motion to proceed in forma pauperis. Meyer did not comply.

In order to institute a civil action in federal court a plaintiff must either pay a filing fee of $400.00 as required by 28 U.S.C. § 1914(a) or file a motion to

1

proceed in forma pauperis under 28 U.S.C. § 1915. Meyer has done neither.

No case has been initiated as there is no filing fee or motion to proceed in forma pauperis. Meyer's Complaint has not been filed, it was simply lodged with the Court.

ACCORDINGLY, the Clerk of Court is directed to close this matter. A copy of this Order should be mailed to Meyer at the WATCH Program, 725 Orafino Way, Warm Springs, MT 59756.

DATED this 10th day of March, 2014.

Jeremiah C. Lynch
United States Magistrate Judge